**Electronically Filed
Supreme Court
SCWC-18-0000505
16-OCT-2019
02:10 PM**

SCWC-18-000505

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI
Respondent/Plaintiff-Appellee,

vs.

BENITO MARROQUIN, III aka BENNY MARROQUIN,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000505; 3PC16100117K)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Benito Marroquin, III's

application for writ of certiorari filed on September 5, 2019, is

hereby accepted, and will be scheduled for oral argument.  The parties

will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, October 16, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

